# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHAINA WHOLESALE, INC., dba Deluxe Import, and dba Wholesaledeal,<br><br>Plaintiff,<br><br>v.<br><br>A California Corporation, and doing business as AZ Adapters, SHIN ZHANG; AURELIA PROTECTION, INC., a California Corporation, doing business as AZ Adapters; Adam G; and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:16-CV-00417 JGB (SPx)<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER |

The Court, having read and considered the Stipulated Protective Order filed concurrently herewith, and for the good cause articulated therein, hereby enters the Stipulated Protective Order agreed to by the parties as an Order of this Court.

**IT IS SO ORDERED.**

DATED: February 3, 2017

_____
Hon. Sheri Pym
United States Magistrate Judge

84304195v1

-1-